AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED MCB
6/22/17
DEC 1 8 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.
hood1940zcripk@yahoo.com & ilovetrim4@yahoo.co.uk )
via Yahoo! Inc., 701 First Avenue, Sunnyvale, CA )
) '17 MJ2048

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of   California
*(identify the person or describe the property to be searched and give its location):*

See Attachment A-4.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B-4.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   7/7/17
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge   Hon. Barbara L. Major   .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/23/17 at 7:13 pm   _____
                                             *Judge's signature*

City and state:   San Diego, California       Hon. Barbara L. Major, U.S. Magistrate Judge
                                             *Printed name and title*

BLM

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>17MJ2048 | Date and time warrant executed:<br>9/12/17 | Copy of warrant and inventory left with:<br>Yahoo |
| Inventory made in the presence of:<br>Yahoo |||
| Inventory of the property taken and name of any person(s) seized:<br><br>Data file recieved from Yahoo |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/12/17

_Executing officer's signature_

Alex Esrandi, Special Agent
_Printed name and title_

# ATTACHMENT A-4
## PROPERTY TO BE SEARCHED

Information associated with the Yahoo email accounts for "hood1940zcripk@yahoo.com" and "ilovetrim4@yahoo.co.uk" that are stored at premises in the United States controlled by Yahoo! Inc., a company whose headquarters is located at 701 First Avenue, Sunnyvale, CA 94089.

## ATTACHMENT B-4

### I. Service of Warrant

The officer executing the warrant shall permit Yahoo! Inc. as custodian of the computer files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

### II. Items to be Provided by Yahoo! Inc.

Any and all messages, e-mails, records, files, logs, or information (whether deleted or not) concerning:

A. All records or other information regarding the identification of the account, to include subscriber information, full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

B. Any and all available location data;

C. All photos and/or videos stored by an individual using this account;

D. All messages sent or received by an individual using this account **in 2017**;

E. All messaging application data stored or backed up by user;

F. The types of service utilized by the user; and

G. All records pertaining to communications between Yahoo! Inc. and any person regarding the account, including contacts with support services and records of actions taken.

### III. Items to be Seized as Evidence

The search of the data supplied by the Yahoo! Inc. pursuant to this warrant will be conducted by FBI as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited to the seizure of:

a. Communications, records, and attachments tending to discuss or establish robberies or attempted robberies for the period from **January 1, 2017 to May 11, 2017**;

b. Photographs or videos depicting clothing, disguises worn (e.g., masks or bandanas), weapons and materials used during the robberies, along with any proceeds attained from the robbery and materials taken from the robbed locations;

c. Location data tending to indicate that the account user and/or accomplices were located in the vicinity of the targeted businesses at the time of the robberies and attempted robberies, had to travelled to or from the targeted businesses, or had scouted the locations prior to the robberies and attempted robberies for the period from **January 1, 2017 to May 11, 2017**;

d. Communications, records, and attachments that provide context to any communications described above, such as electronic mail sent or received in temporal proximity to any relevant electronic mail and any electronic mail tending to identify users of the subject accounts for the period from **January 1, 2017 to May 11, 2017** ; and

e. Photographs or videos depicting firearms or ammunition;

**which are evidence of violations of 18 U.S.C. §§ 1951, 924(c).**